## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

TAMALA GARSKI,

                    Plaintiff,

        v.
                                                    Case No. 16-cv-110-wmc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

                    Defendant.

## JUDGMENT IN A CIVIL CASE

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Nancy A. Berryhill, Acting Commissioner of Social Security, affirming the

decision of the Commissioner and dismissing this case.


| s/ V. Olmo, Deputy Clerk | 4/19/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |